**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6554**
_____

RICKY LAMAR TURNER,

　　　　　　　Plaintiff - Appellant,

　　　v.

CORPORAL PORTER,

　　　　　　　Defendant – Appellee,
　　　　　and

WILLIAM C. SMITH, Superintendent; CORRECTIONAL OFFICER
VINCENT; CORRECTIONAL OFFICER CASIANOS; CORPORAL PITTMAN; D.
T. MASKELONY, Captain; CORRECTIONAL OFFICER C. O. CARY;
NURSE TRISHA,

　　　　　　　Defendants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, Senior
District Judge. (1:12-cv-00431-TSE-TCB)

_____

Submitted: August 21, 2014　　　　　Decided: August 26, 2014

_____

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ricky Lamar Turner, Appellant Pro Se. Jeff W. Rosen, PENDER &
COWARD, PC, Virginia Beach, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Lamar Turner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Turner v. Porter, No. 1:12-cv-00431-TSE-TCB (E.D. Va. filed Mar. 31 & entered Apr. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED